(May 21, 1937.)

ABRAHAM BARRACK and HENRY BARRACK, Doing Business under the Firm Name and Style of BARRACK BROS., Respondents, v. SAMUEL O. DWORKIN and SAMUEL GREENBERG, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

LOUIS DORFF, Respondent, v. HYMAN BORNSTEIN and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

MILDRED A. DURBIN, Substituted in the Place and Stead of AGNES S. HOBART, Deceased Plaintiff, Appellant, v. GEORGE L. HOBART, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

ROSE EPSTEIN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

FLUSHING NATIONAL BANK IN NEW YORK, Appellant, v. STEPHEN THORPE, EMMA L. THORPE, STEPHEN THORPE, INC., Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

JACK FRIEDMAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

ANNIE L. HAMER and J. WESLEY HAMER, Suing as Individuals and as Stockholders of THE RIDGEWOOD GROVE SPORTING CLUB, INC., and PALMETTO AMUSEMENT CORPORATION, in Behalf of Themselves and All Other Stockholders Similarly Situated, Respondents, v. ISAAC T. FLATTO and Others, Appellants, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to ISAAC E. BERMANT, JACOB W. BERMANT and HENRY BERMANT, Attorneys.— [No. 1.] Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. [No. 2.] Motion to dismiss proceeding denied. The official referee will pass upon the matter of a bill of particulars. Motion as to limitation of time granted to the extent of providing that the proceeding be limited to all acts since January 1, 1930. [No. 3.] Motion to strike out separate defenses denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to ABRAHAM M. BROWNSTEIN, H. IRWIN BROWNSTEIN, Admitted as HERMAN I. BROWNSTEIN, and DANA WALLACE, Admitted as DANA D. WALLACE, Attorneys.— Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.